UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MUNOZ,<br><br>    Petitioner,<br><br>v.<br><br>KENNETH CLARK, Warden,<br><br>    Respondent. | No. CV 08-2005 JSL (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: Feb. 24, 2012

_____
J. SPENCER LETTS
United States District Judge